UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO.: 2:19-cr-118 |
| ) | |
| VS. ) | **NOTICE OF REQUEST** |
| ) | **FOR PROTECTION FROM COURT** |
| AYLA BANIFCHE COURVOISIE, ) | |
| ) | |
| DEFENDANT. ) | |
| _____) | |

Before the Court comes O. Grady Query, requesting that the above listed case not be called to trial or hearing and that he be granted protection from work-related activities between January 1, 2020 through January 17, 2020, as he will be on vacation.

QUERY SAUTTER & ASSOCIATES, LLC

s/ O. Grady Query
O. Grady Query
147 Wappoo Creek Drive, Suite 202
Charleston, SC 29412
Telephone: 843-795-9500
Facsimile: 843-762-1500

Charleston, South Carolina

Dated: 10/09/19